```
                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO
                           WESTERN DIVISION
```

IN RE:                              :       CASE NO. 22-11596
    JAMIE D. BARKER                         CHAPTER 13
     KRISTINA M. BARKER

                                      :       JUDGE BUCHANAN

    DEBTORS

                                      :       **NOTICE THAT TRUSTEE WILL NOT SCHEDULE CLAIM 2 OF THE U.S. DEPT. OF EDUCATION FOR ADMINISTRATION PURSUANT TO CONSENT JUDGMENT IN CASE 23-ap-01017**

    Comes now the Chapter 13 Trustee, Margaret A. Burks, Esq., who refers to the Consent Judgment As To Loans Owed To The U.S. Department of Education entered as Doc. 20 on May 10, 2024 in the adversary proceeding filed under Case No. 23-ap-01017.

    A copy of said Consent Judgment is attached hereto as Ex. 1.

    After consulting with the parties, the Trustee believes the judgment has immediate effect as to the entirety of Claim 2, and so the Trustee gives notice that she will not schedule Claim 2 to receive the *pro rata* portion of Claim 2 which would have otherwise been paid with unsecured claims.

                                      Respectfully submitted,


                                /s/    <u>Margaret A. Burks, Esq.</u>
                                      Margaret A. Burks, Esq.
                                      Chapter 13 Trustee
                                      Attorney  No. OH 0030377

                                      Francis J. DiCesare, Esq.
                                      Staff Attorney
                                      Attorney  No. OH 0038798

                                      Tammy E. Stickley, Esq.
                                      Staff Attorney
                                      Attorney Reg No. OH 0090122

                                      600 Vine Street, Suite 2200
                                      Cincinnati, OH 45202
                                      513-621-4488

                                      mburks@cinn13.org Correspondence only
                                      fdicesare@cinn13.org
                                      tstickley@cinn13.org

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Trustee's Notice was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by first class m**ail** on May 29, 2024, addressed to:

Jamie D. Barker
Kristina M. Barker
1117 Emily Dr.
Milford, Ohio 45150

Joseph M. McCandlish
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215


                                                        /s/    <u>Margaret A. Burks, Esq.</u>
                                                                Margaret A. Burks, Esq.