<u>**2025**</u>                    UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF OHIO
                              WESTERN DIVISION

IN RE:                                    :    CASE NO. 22-11596

    JAMIE D. BARKER                       :    CHAPTER 13
    KRISTINA M. BARKER
                                          :    JUDGE BUCHANAN
DEBTORS
                                          :    STATUS REPORT

Comes now the Debtors through Counsel and file this status report as requested by the Trustee regarding:

   **1. Tax Returns/Refunds**

**Tax returns have been sent to bkdocs.us on this date.**

Counsel has reviewed Debtors' tax return and cites the following:

Schedule I Gross Income             $13,320.00
2024 Adjusted Gross Income          $<u>39,172.00</u>

The amount of income earned by Debtors does not match the amount on Schedule I. Debtors will meet with counsel to amend Schedules I and J and file a motion to modify plan as necessary.

Debtors are receiving a federal refund of $11,356.00. Debtor will turn over $434 representing the non-exempt portion of their federal income tax refund.

                                          Respectfully submitted,

                                          <u>/s/ Andrew L. Ruben</u>
                                          Andrew L. Ruben, Esq. (OH-0085466)
                                          MINNILLO LAW GROUP Co., LPA
                                          2712 Observatory Avenue
                                          Cincinnati, Ohio 45208
                                          (513) 723-1600
                                          (513) 723-1620 fax
                                          alr@mlg-lpa.com

                                    **CERTIFICATE OF SERVICE**
    I hereby certify that a copy of the foregoing Status Report was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **first class mail** on June 26, 2025 addressed to:
Jamie & Kristina Barker, 1177 Emily Dr., Milford, OH 45150.


                                          <u>/s/ Andrew L. Ruben</u>
                                          Andrew L. Ruben, Esq. (OH-0085466)